**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EVAN SPENCER LAW, PLLC,

                                 Plaintiff,

                 -against-                                                25 **CIVIL** 7665 (LJL)

                                                                         **JUDGMENT**

CONNOR ORR and ORR LAW GROUP, PLLC,

                                 Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 9, 2025, Defendants' motion to dismiss

for lack of personal jurisdiction is GRANTED and the case is DISMISSED without prejudice;

accordingly, the case is closed.

**Dated:** New York, New York

     December 9, 2025

                                             **TAMMI M. HELLWIG**
                                             _____
                                                      **Clerk of Court**

                                                      K. Mango
                          **BY:**
                                             _____
                                                      **Deputy Clerk**